**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| ALEXANDER OTIS MATTHEWS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 1:14-cv-207 |
| -v- | ) | Civil Action No. 1:14-cv-257 |
| | ) | |
| ESTRATEGIA INVESTIMENTOS, S.A., *et al.*, | ) | Hon. Liam O'Grady |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on the plaintiff's motion for reconsideration of the court's order denying leave to add an additional defendant. (Dkt. No. 11). Plaintiff filed the motion to amend under Case No. 14cv207. The Court denied the motion to add the "Rational Media Foundation" as a defendant because plaintiff's contention that the "RationalWiki Foundation" was already a defendant was unsupported by the docket for Case No. 14cv207. Plaintiff then filed the motion for reconsideration, again using Case No. 14cv207.

It appears to the Court that plaintiff, a frequent filer of lawsuits in this district, filed the motions using the incorrect case number. Upon review of the Clerk's docket, the Court has discovered that plaintiff filed a complaint against RationalWiki Foundation in a separate suit. *See Matthews v. RationalWiki Foundation*, Case No. 14cv257. Accordingly, the Court will construe the instant motion for reconsideration and the previous motion for leave to add an additional defendant as properly filed under Case No. 14cv257. Therefore, it is hereby

1

ORDERED that the motion for reconsideration (Dkt. No. 11) is GRANTED.  The Court hereby VACATES its prior order denying leave to add an additional defendant (Dkt. No. 10). The plaintiff may amend the complaint in Case No. 14cv257 to add Rational Media Foundation as a defendant.

The Clerk is directed to forward a copy of this Order to the pro se plaintiff.


Date:  July 13, 2015

Alexandria, Virginia


_____ /s/

Liam O'Grady
United States District Judge